# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHN LEE CAUSER,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        1:07cv155-MU-02

SUPERINTENDENT DAVID MITCHELL, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2007 [3] Order.

April 30, 2007

                                        FRANK G. JOHNS, CLERK

                                        *s/Elizabeth J. Barton*

                         BY: _____

                                       Elizabeth J. Barton, Deputy Clerk

Dockets.Justia.com