# United States District Court
## For The Western District of North Carolina
## Asheville Division

JOHN LEE CAUSER,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                    1:07cv155-MU-02

SUPERINTENDENT DAVID MITCHELL, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2007 [3] Order.

                                   FRANK G. JOHNS, CLERK

April 30, 2007

                                   *s/Elizabeth J. Barton*

              BY: _____

                              Elizabeth J. Barton, Deputy Clerk